**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 006735
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, by and through Bill Ward and Thomas Zumtobel, its Fiduciaries; THE SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, by and through Rocco Calabrese, its Fiduciary,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL VILLAMOR,<br><br>Defendant. | Case No. CV-S-04-01668-LDG-LRL<br><br>XXXXXXX<br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS** |

Pursuant to the Ex Parte Application of the Judgment Creditors for issuance of this Court's Order Scheduling Judgment Debtor Examination and Production of Documents, and Good Cause Appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment Debtor Michael Villamor shall personally appear before this Court on Wednesday, October 13, 2010 at 1:30 p.m. in Courtroom 3C and shall be sworn to tell the truth and give testimony at a subsequent Judgment Debtor Examination.

2. Immediately after appearing before this Court on the date and time above stated, the Judgment Debtor shall accompany Judgment Creditors' Counsel and shall give sworn testimony at a Judgment Debtor Examination to be held at the offices of Counsel for the Judgment Creditors, Christensen James & Martin, located at 7440 W. Sahara Avenue, Las Vegas, NV 89117. Judgment

-1-

1  Debtor shall be examined with regard to the extent and location of Judgment Debtor's assets that
2  may be available to the Judgment Creditors for the purpose of satisfying the Judgment by
3  Confession entered by this Court on or about June 29, 2010.

4      3.    At least one week prior to the above-scheduled Judgment Debtor Examination,
5  Judgment Debtor shall produce the following documents to Christensen James & Martin, c/o Daryl
6  E. Martin, Esq., 7440 W. Sahara Avenue, Las Vegas, Nevada 89117:

> Any and all information and documentation identifying real property, vehicles, bank deposits and all other assets in which Michael Villamor holds any interest (including any future or contingent interests) that may now or in the future be available for execution to satisfy the Judgment entered by the Court, including information relating to financial accounts, monies owed to Judgment Debtor by others, etc.

    4.    Judgment Creditors shall serve the Judgment Debtor or his counsel with a copy of this Order and shall provide proof of such service to the Court not less than five (5) days before the Judgment Debtor Examination.

    5.    Should Judgment Debtor fail or refuse to appear at the Judgment Debtor Examination herein scheduled, or to produce the documents referred to above, this Court may adjudicate Judgment Debtor guilty of civil contempt of its orders and may issue a warrant or seizure order to compel compliance with this Order.

DATED and DONE this 16th day of August, 2010.

_____
UNITED STATES xxxxxx MAGISTRATE JUDGE

Submitted by:
CHRISTENSEN JAMES & MARTIN

By: */s/ Daryl E. Martin*
    Daryl E. Martin, Esq.