**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
DARYL E. MARTIN, ESQ.
Nevada Bar No. 006735
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, by and through Bill Ward and Thomas Zumtobel, its Fiduciaries; THE SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, by and through Rocco Calabrese, its Fiduciary,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL VILLAMOR,<br><br>Defendant. | Case No. CV-S-04-01668-LDG-LRL<br><br>**PLAINTIFFS' NOTICE OF COMPLETION OF JUDGMENT DEBTOR EXAMINATION, PETITION TO VACATE HEARING SCHEDULED FOR DEC. 8, 2010**<br>and<br>**ORDER VACATING HEARING** |

A Judgment Debtor Examination was set by this Court for October 13, 2010 at 1:30 p.m. Judgment Debtor Michael Villamor was ordered to appear at the examination but failed to appear. On October 28, 2010 the Court entered an Order (Doc. #234) directing Mr. Villamor to appear in Court on December 8, 2010 at 1:30 p.m. to show cause why he should not be held in contempt and/or be sanctioned for his failure to appear.

The undersigned Counsel for the Plaintiffs now represents to the Court that Mr. Villamor has since provided Plaintiffs with what they regard as a satisfactory explanation for his failure to appear, that he voluntarily appeared at the offices of Counsel, and that he answered Plaintiffs' inquiries under oath, as originally directed by the Court. Villamor also paid a sum of money to the Plaintiffs which Plaintiffs accept as reimbursement of the fees incurred by the Plaintiffs relating to the October 13, 2010 hearing.

1  In light of the foregoing information, which Plaintiffs believe obviates the need for any further hearing regarding contempt and/or sanctions, Plaintiffs respectfully request that the Court vacate its Order (Doc. #234) setting a hearing date in this matter for December 8, 2010.

Dated this 2nd day of December, 2010.   CHRISTENSEN JAMES & MARTIN

By: ___/s/ Daryl E. Martin___
Daryl E. Martin, Esq.
7440 West Sahara Ave.
Las Vegas, NV 89117
Attorneys for Plaintiffs

--------------------------------

IT IS SO ORDERED.  The hearing previously scheduled to occur in this matter on Dec. 8, 2010 at 1:30 pm. is hereby vacated.

This  3rd  day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

-2-